UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Anthony A A Pace

                              Plaintiff(s),

-vs-

Cortland County et al

                              Defendant(s)

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Nov 17 - 2022
John M. Domurad, Clerk

Civil Case No. 5:22-cv-1211 (MAD/ATB)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I hereby request a court-appointed attorney to represent me in this action.

2. I have contacted the following attorneys in my effort to obtain counsel:

I called approximamtly 50 attorneys in Cortland, Tompkins, and Broome counties. I used website contacts for approximently 25 more attorneys. I do not have an exhaustive list.

NOTE: You <u>must</u> first attempt to find an attorney on your own before you file a motion for appointment of counsel with the Court. *See Terminate Control Corp. v. Horowitz*, 28 F.23d 1335 (2d Cir. 1994)

3. I have attached to this motion the correspondence that I have received from the attorneys listed above.

4. The reasons I believe I should be appointed counsel pro bono are as follows:

Most attorneys I contacted stated conflict of interest, or it's not there area of practice. The complexity, my personal feelings, my inability to properly present the case, for the benifit of the court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 16 November 2020

Signature of Plaintiff


# Gmail

Anthony Pace <pace.aaa@gmail.com>

---

## Legal Inquiry
1 message

---

**Cindy A. Jones** <CJones@cglawoffices.com>
To: "pace.aaa@gmail.com" <pace.aaa@gmail.com>

Mon, Jun 29, 2020 at 12:32 PM

Dear Mr. Pace

Unfortunately, we are unable to handle this case for you. We recommend that you search for another law firm/attorney to represent you in this matter as soon as possible.

Please understand that we are not able to take every case that is presented to our office for a variety of reasons. We are not expressing an opinion on the merits of your case. You may have a good case. Therefore, you should contact other law firms/attorneys about your case. You may want to call your local Bar Association for a lawyer referral.

Please note that there are time limitation(s) in every legal case, including your case, some of which are known as Statutes of Limitations. Under the law, if you do not file a lawsuit or a notice of claim with the appropriate Court within the appropriate time limitation, you may forever lose your claim. These time limitations can be short. We have not made any determinations as to the appropriate time limitation(s) applicable in your case.

Due to these strict time limitations, it is best to consult with another law firm/attorney about your case as soon as possible. You should not delay.

Thank you for contacting Coughlin & Gerhart, LLP.

Kind regards,

Cindy Jones

**Cynthia A. Jones** | Paralegal | Intake Case Coordinator

**COUGHLIN & GERHART, LLP**

99 Corporate Drive | Binghamton, NY 13904

P.O. Box 2039 | Binghamton, NY 13902-2039

Tel: 607.723.9511

Fax: 607.723.1530 | Toll Free: 1.877.COUGHLIN

cjones@cglawoffices.com | www.cglawoffices.com

--

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.



Anthony Pace <pace.aaa@gmail.com>

## RE: Website Inquiry
1 message

**info** <ILeveneGouldin&Thompson@lgtlegal.com>  
To: "pace.aaa@gmail.com" <pace.aaa@gmail.com>

Mon, Aug 17, 2020 at 9:36 AM

Hello Anthony,

Thank you for contacting Levene Gouldin & Thompson! I have forwarded your message to our group that might be able to help you, for them to follow up with you ASAP.

If for some reason you don't hear from anyone within 2 business days, please contact me back at this address (info@lgtlegal.com).

Best of luck and thanks again for contacting LG&T!



**INFORMATION LEVENE GOULDIN & THOMPSON**

**Levene Gouldin & Thompson, LLP**  
450 Plaza Drive, Vestal, NY 13850

**Phone:** 607-763-9200  
**Fax:** 607-763-9211  
**Email:** ILeveneGouldin&Thompson@lgtlegal.com

www.lgtlegal.com

CONFIDENTIALITY STATEMENT

This message may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, please destroy it and notify the sender..

**From:** pace.aaa@gmail.com [mailto:pace.aaa@gmail.com]  
**Sent:** Monday, August 17, 2020 1:23 AM  
**To:** info <ILeveneGouldin&Thompson@lgtlegal.com>  
**Subject:** Website Inquiry

GENERAL COMMENTS  
Contact Date: August 17, 2020


# Gmail

Anthony Pace <pace.aaa@gmail.com>

## RE: ALERT: Contact Received From Your FindLaw Website
1 message

**Terry Kirwan** <tkirwan@kirwanlawpc.com>     Mon, Aug 17, 2020 at 6:17 AM
To: "pace.aaa@gmail.com" <pace.aaa@gmail.com>

Give me a call to discuss.

Thank you!

Terry

Terry J. Kirwan, Jr.
Kirwan Law Firm, P.C.
100 Madison Street
AXA Tower I, 15th Floor
Syracuse, New York 13202
Direct: 315.452.2443
Cell:   315.439.3898
Fax:   315.671.1550
Email: tkirwan@kirwanlawpc.com
Website: www.kirwanlawnewyork.com

This electronic mail transmission is intended only for the use of the individual or entity to whom it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege or attorney work product.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited.   If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message with attachments, if any.

-----Original Message-----
From: TLR.FindLaw.FirmSite@thomsonreuters.com <TLR.FindLaw.FirmSite@thomsonreuters.com>
Sent: Monday, August 17, 2020 1:13 AM
To: Terry Kirwan <tkirwan@kirwanlawpc.com>
Subject: ALERT: Contact Received From Your FindLaw Website

Name:
Anthony Pace

Email Address:
pace.aaa@gmail.com

Zip:
13040

Phone:
(607) 345-5722

Brief description of your legal issue:
50h hearing.
Filling of federal lawsuit.
Depositions.
Etc...

US States:
NY

How Would You Like To Be Contacted?:
phone, email

I Have Read The Disclaimer:
Yes

Send this message:


This email was initiated at the Findlaw FirmSite https://www.kirwanlawnewyork.com/contact/.
The content of this email is provided by and is the responsibility of the person posting the email communication. You acknowledge that any reliance on material in email communications is at your own risk.
This e-mail is for the sole use of the intended recipient and contains information that may be privileged and/or confidential. If you are not an intended recipient, please notify the sender by return e-mail and delete this e-mail and any attachments. Certain required legal entity disclosures can be accessed on our website: https://www.thomsonreuters.com/en/resources/disclosures.html



Anthony Pace <pace.aaa@gmail.com>

## Website Inquiry
1 message

**Amy Rydill** <ARydill@lgtlegal.com>                                                Tue, Jun 30, 2020 at 10:46 AM
To: "pace.aaa@gmail.com" <pace.aaa@gmail.com>

Anthony:

I will need more information relating to what the issue is. I will also need to run a conflict check so I will need your full name including middle initial and a list of all of the parties involved. Thank you.



**AMY RYDILL**
*Legal Secretary*

**Levene Gouldin & Thompson, LLP**
450 Plaza Drive, Vestal, NY 13850

**Phone:** 607.584.5718
**Fax:** 607.763.9211
**Email:** ARydill@lgtlegal.com

www.lgtlegal.com

CONFIDENTIALITY STATEMENT
This message may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient of this message, please destroy it and notify the sender..