UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANTHONY AA PACE

                Plaintiff(s)

vs.

THE COUNTY OF CORTLAND,
CORTLAND COUNTY SHERIFF'S OFFICE,
CORTLAND COUNTY SHERIFF MARK HELMS, COUNTY
POLICE OFFICERS CODY SANDY, DOMINIC CARACCI,
AMBER MORSCH AND DEAN STRICKLAND,
CORTLANDVILLE TOWN CLERK KRISTEN ROCCO-
PETRELLA, AND ANTHONY JOHN DELVECCHIO

                Defendant(s)

**NOTICE OF APPEARANCE**

Civil Case No.:
5:22-CV-1211

(MAD/ATB)

    PLEASE TAKE NOTICE that we have been retained by and appear for Defendants, THE COUNTY OF CORTLAND, CORTLAND COUNTY SHERIFF'S OFFICE, CORTLAND COUNTY SHERIFF MARK HELMS, COUNTY POLICE OFFICERS CODY SANDY, DOMINIC CARACCI, AMBER MORSCH AND DEAN STRICKLAND, in this action and demand that a copy of any and all pleadings, notices and other papers be served upon us at 4615 North Street, Jamesville, New York 13078.

DATED: January 9, 2023                KENNEY SHELTON LIPTAK NOWAK LLP

                                                            David H. Walsh, Esq.
                                                            *Attorneys for Defendants,*
                                                            *The County of Cortland, Cortland County*
                                                           *Sheriff's Office, Cortland County Sheriff*
                                                           *Mark Helms, County Police Officers Cody*

*Sandy, Dominic Caracci, Amber Morsch*
*and Dean Strickland*
4615 North Street
Jamesville, NY 13078
(315) 492.3000

TO:    Anthony A Pace, *Pro Se*
3143 Center Road
E Freetown NY 13040

Jerry O'Connor, Esq.
Lippman & O'Connor
*Attorney for Defendants*
*Cortlandville Town Clerk Kristen*
*Rocco-Petrella, and Anthony DelVecchio*
300 Pearl St # 300
Buffalo, New York 14202
(716) 854-4705